**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDWARD LEE CARTER, ADC #109307                                                      PETITIONER

v.                                    NO. 5:12CV00126 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                         RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby granted in favor of respondent, Ray Hobbs. Edward Lee Carter's 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE